UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRAVIS TILLMAN,

        Petitioner,

v.                                        Case No. 2:03-cv-232
                                          HON. GORDON J. QUIST

GERALD HOFBAUER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the petitioner in this application for habeas corpus relief because petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).


Dated: March 3, 2006                                      /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE